UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CHRISTIAN GONZALEZ,

            Defendant.

- - - - - - - - - - - - - - - - - x

INDICTMENT

S1 14 Cr. 705 (PAE)

ORIGINAL

## COUNT ONE

The Grand Jury Charges:

1. On or about July 2, 2014, in the Southern District of New York, CHRISTIAN GONZALEZ, the defendant, knowingly did possess a firearm which had the importer's and manufacturer's serial number removed, obliterated, and altered, to wit, a defaced .380 Auto caliber semiautomatic Bryco Arms Pistol, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(k).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHRISTIAN GONZALEZ,

Defendant.

INDICTMENT

S1 14 Cr. 705

(18 U.S.C. § 922(k).)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

*[signature]*

6/4/15 - Filed Superseding Indictment
ac
*Judge Maas*